IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 19-MJ-00185-JTM |
| MIRZA ALIHODZIC, | |
| Defendant. | |

**MOTION OF THE UNITED STATES FOR**
**CONTINUANCE OF A DETENTION HEARING**

Comes now the United States of America, by the United States Attorney for the Western District of Missouri, and does hereby move the Court for its order granting a continuance of the detention hearing as provided by Section 3142(f), Title 18, United States Code.

**SUPPORTING SUGGESTIONS**

Title 18, United States Code, Section 3142(f) provides that the appropriate judicial officer shall hold a hearing to determine whether any condition or combination of conditions set forth in Section 3142(c) will reasonably assure the appearance of a defendant as required and the safety of any other person and the community when the attorney for the government moves for a detention hearing provided by said subsection, or upon the appropriate judicial officer's own motion, also as provided by Section 3142(f).

Subsection (f) of Section 3142 provides: "The hearing shall be held immediately upon the person's first appearance before the judicial officer unless that person, or the attorney for the government seeks a continuance. Except for good cause, a continuance on motion of the person

may not exceed five days, and a continuance on motion of the attorney for the government may not exceed three days. During a continuance, the person shall be detained . . . ."

The United States desires the continuance to facilitate the acquisition of additional information regarding the above defendant, to evaluate the said information, and to prepare for the hearing.

    Respectfully,

    Timothy A. Garrison
    United States Attorney

By    */s/ Brad Kavanaugh*

    Brad Kavanaugh
    Assistant United States Attorney
    Charles Evans Whittaker Courthouse
    400 East 9th Street, Fifth Floor
    Kansas City, Missouri 64106
    Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on November 06, 2019, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

    */s/ Brad Kavanaugh*
    Brad Kavanaugh
    Assistant United States Attorney